

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00378-CV**

**IN RE ANNALEE BROSSEAU**

_____

**Original Proceeding**

## MEMORANDUM OPINION

Relator Annalee Brosseau's petition for writ of mandamus is denied. Accordingly,

Relator's motion for emergency stay pending mandamus is dismissed as moot.


                                                    REX D. DAVIS
                                                    Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed January 11, 2017
[OT06]